IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Pulte Group, Inc., f/k/a Pulte Homes, Inc.,<br><br>                Plaintiff,<br><br>   v.<br><br>American Alternative Insurance Corp.,<br><br>                Defendant. | Civil Action No.: 2:13-cv-15078-SFC-LJM<br><br>Hon. Sean F. Cox |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Pulte Group, Inc., and Defendant American Alternative Insurance Corp. (collectively, the "Parties") respectfully submit this Stipulation for Dismissal. In support thereof, the Parties states as follows:

1. The Parties have entered into an agreement to settle this case (the "Settlement Agreement").

2. In consideration of the promises contained within the Settlement Agreement, the Parties agreed that all claims in this lawsuit be dismissed with prejudice.

3. The Parties further agreed that the Parties shall bear their own attorney fees and costs incurred and/or paid in relation to this case.

- 2 -

**THEREFORE IT IS HEREBY STIPULATED AND AGREED,** pursuant to Federal Rule of Civil Procedure 41, that this action is **DISMISSED WITH PREJUDICE** and without costs to any party.

                                                Respectfully submitted,

By:  s/Timothy P. Law                 By:   s/Drew Broaddus (with consent)
     John N. Ellison                                    Mark E. Morley
     Timothy P. Law                                    Drew Broaddus
     REED SMITH LLP                              Secrest Wardle
     2500 One Liberty Place                      2600 Troy Center Drive
     1650 Market Street                            P.O. Box 5025
     Philadelphia, PA 19103                      Troy, MI 48007-5025
     T: (215) 851-8100                              T: (248) 851-9500
     F: (215) 851-1420                               F: (248) 251-1785
     jellison@reedsmith.com                    mmorley@secrestwardle.com
     tlaw@reedsmith.com

     -and-

     Thomas Van Dusen (P30602)              Counsel for Defendant American
     Brian Summerfield (P57514)               Alternative Insurance Corp.
     BODMAN LLP
     Suite 500
     201 West Big Beaver Road
     Troy, MI 48084
     T: (248) 743-6000
     F: (248) 743-6002
     tvandusen@bodmanlaw.com
     bsummerfield@bodmanlaw.com

     Counsel for Plaintiff Pulte Group, Inc.

   SO ORDERED

Dated: July 21, 2014                               s/ Sean F. Cox
                                                        Sean F. Cox
                                                        U. S. District Judge